*Mr. M. J. Cavanaugh,* for Relator.

---

No. 2,092.—GALLATIN LIGHT, POWER AND RAILWAY COMPANY, Appellant, *v.* CITY OF BOZEMAN et al., Respondents.

*Appeal from District Court, Gallatin County; W. R. C. Stewart, Judge.*

On motion to dismiss appeal.

Decided March 24, 1905.

PER CURIAM.—Upon motion of counsel for respective parties, this cause is hereby dismissed as settled.

*Messrs. Hartman & Hartman,* for Appellant.

*Mr. John A. Luce,* for Respondents.